UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAYELI ESDEYNE CEBANOS MONFIL,

*Plaintiff*,

v.

MARKWAYNE MULLIN, *et al.*,

*Defendants*.

No. 26-CV-7875 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

On September 10, 2026, Plaintiff brought this Action against Markwayne Mullin, Joseph B. Edlow, Carrie M. Selby, the Director of the Hart Service Center, and United States Citizenship and Immigration Services ("Defendants") in their official capacities, seeking an order compelling Defendants to adjudicate her Form I-360, which she claims has been pending for more than one year. (*See* Compl. in Nature of Mandamus (Dkt. No. 1).) The same day, Plaintiff moved for a temporary restraining order requesting the adjudication of her form be completed ahead of a pending deadline in her proceedings before the Board of Immigration Appeals. (*See* Pl.'s Emergency Mot. for TRO & Prelim. Inj. (Dkt. No. 3).)

Defendants shall respond to Plaintiff's Emergency Motion by no later than Friday, September 18, 2026. Plaintiff shall reply by no later than Monday, September 21, 2026. If necessary, the Court will schedule a hearing to follow.

The Clerk of Court is respectfully directed to issue summonses to Defendants. Plaintiff is reminded that although she is proceeding pro se, she must still serve the summons and Complaint on Defendants, who have not yet appeared in this Action. *See Grossman v. Rezak*, No. 19-CV-

9191, 2023 WL 2632205, at *2 (S.D.N.Y. Mar. 24, 2023); *Demarco v. City of New York*, No. 08-CV-3055, 2010 WL 889266, at *2 (E.D.N.Y. Mar. 10, 2010).

SO ORDERED.

DATED: September 14, 2026
White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE